**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE E. BRIDGES,<br><br>         Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>         Defendant. | Case No. CV 13-2234-PA (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the parties' cross-motions for summary judgment, the Administrative Record, and all other records on file as well as the Report and Recommendation of U.S. Magistrate Judge.  On October 17, 2014, Plaintiff filed objections to the R&R.  On October 31, 2014, Defendant filed a response to Plaintiff's objections.  The Court has made a de novo determination of those portions of the R&R to which objections have been made.  As Defendant notes, Plaintiff's objections simply repeat, in cursory fashion, some of the argument and statements in her motion for summary judgment.

1    Having reviewed the record, the Court concurs with and
2 accepts the Magistrate Judge's recommendations.  IT THEREFORE IS
3 ORDERED that judgment be entered AFFIRMING the decision of the
4 Commissioner, entering judgment in favor of the Commissioner, and
5 dismissing this action with prejudice.

DATED: November 11, 2014       _____
                                PERCY ANDERSON
                                U.S. DISTRICT JUDGE