UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE E. BRIDGES,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. CV 13-2234-PA (JPR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: November 11, 2014

                                              PERCY ANDERSON<br>
                                              U.S. DISTRICT JUDGE